IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE WARREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-03254 |
| | ) |
| BANK OF AMERICA, NA, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes Plaintiff, CHARLOTTE WARREN, by and through undersigned counsel, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and gives notice that this action shall be dismissed with prejudice. Dismissal with prejudice may be filed with the Clerk of the Court without further notice.

Dated: June 16, 2023

CHARLOTTE WARREN

By:  /s/ *Ross M. Good*
Gail S. Eisenberg, Esq.
Ross M. Good, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
office: (312) 899-6625
gail@loftusandeisenberg.com
ross@loftusandeisenberg.com